UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case Number:

PBT REAL ESTATE, LLC, a Florida limited liability company,

 Plaintiff,

v.

TOWN OF PALM BEACH, a Florida municipal corporation, DOROTHY JACKS, as Property Appraiser of Palm Beach County, Florida and ANNE M. GANNON, as Tax Collector of Palm Beach County, Florida,

 Defendants.
_____/

## NOTICE OF REMOVAL

 Petitioner, TOWN OF PALM BEACH, a Florida municipal corporation (the "Town"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §1446, Fed. R. Civ. P. 81(c), and S.D. Fla. Loc. R. 7.2, hereby petitions this Court for removal of the attached action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District for the Southern District of Florida, West Palm Beach Division.  In support of this petition, the Town states as follows:

 1. Petitioner is a defendant in a civil action styled <u>PBT REAL ESTATE, LLC., a Florida limited liability company v. TOWN OF PALM BEACH, a Florida municipal corporation, DOROTHY JACKS, as Property Appraiser of Palm Beach County, Florida and ANNE M. GANNON, as Tax Collector of Palm Beach County, Florida</u>, Case No. 2017-CA-

008581, which is pending in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

2. A Summons and Complaint in said action were served on the Town on August 9, 2017, a copy of the Complaint, without exhibits, is attached hereto as Exhibit "A". The Plaintiff's initial Complaint did not assert any federal claims or questions against the Town as all claims asserted therein were based upon State law. Then, after the Town filed its Answer and Affirmative Defenses to said Complaint, Plaintiff filed a Motion for Leave to File an Amended Complaint, a copy of which is attached hereto as Exhibit "B."

3. On or about November 1, 2017, the Circuit Court entered its Agreed Order on Plaintiff PBT Real Estate, LLC's Motion for Leave to File Amended Complaint, a copy of which is attached hereto as Exhibit "C," which allowed the Plaintiff to assert for the first time in this action federal claims against the Town through 42 U.S.C. § 1983 claiming violations of the Fifth and Fourteenth Amendments of the United States Constitution.[1]

4. The Town is entitled to remove this action to the United States District Court for the Southern District of Florida, West Palm Beach Division, pursuant to U.S.C. §1441, because, pursuant to the allegations in the Amended Complaint, it is now, as of the filing of the Amended Complaint, a civil action over which the district courts of the United States have original jurisdiction pursuant to U.S.C. §§ 1331 and 1343.

5. Plaintiff's Amended Complaint purports to seek relief against the Town under the laws of the United States, i.e. 42 U.S.C. § 1983, for which this Court has original, federal question and civil rights jurisdiction.

---

[1] Pursuant to that Order, the Amended Complaint is deemed to be filed on November 1, 2017.

6. Because this action is pending in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, and because the Town and the other defendants maintain their primary offices in Palm Beach County, Florida, venue in the United States District Court for the Southern District of Florida, West Palm Beach Division, is proper.

7. Thirty (30) days have not yet expired since the filing of the Amended Complaint, the action wherein the subject lawsuit became removable to this Court through the assertion of federal claims.

8. Written notice of the filing of this Notice of Removal is being given to Plaintiff and the other Defendants with the filing of this Notice of Removal, and the original is being filed with the Clerk of the Court of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as provided by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of removal is attached hereto as Exhibit "D."

WHEREFORE, the Town respectfully requests that the above-referenced civil action filed in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, be removed to this Court for the conduct of all further proceedings.

Respectfully submitted,

/s/ Edward A. Dion
GREGORY T. STEWART
Florida Bar No. 203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Post Office Box 11008
Tallahassee, Florida 32302
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
legal-admin@ngnlaw.com
**and**
EDWARD A. DION
Florida Bar No. 267732
Nabors, Giblin & Nickerson, P.A.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301
(954) 315-3852
edion@ngnlaw.com
legal-admin@ngnlaw.com
**COUNSEL FOR DEFENDANT**
**TOWN OF PALM BEACH**

JOHN C. RANDOLPH
Florida Bar No. 129000
Jones, Foster, Johnston & Stubbs, P.A.
Flagler Center Tower
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
(561) 650-0458
(561) 650-5300 (Facsimile)
jrandolph@jonesfoster.com
**CO-COUNSEL FOR DEFENDANT**
**TOWN OF PALM BEACH**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Mail via the Florida Courts E-Filing Portal, as authorized by Fla. R. Jud. Admin. 2.516, on this  15  day of November, 2017, to:

JON POLENBERG, ESQUIRE
GARY C. ROSEN, ESQUIRE
Becker & Poliakoff
1 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
grosen@bplegal.com
jpolenberg@bplegal.com
cgellman@bplegal.com
tfritz@bplegal.com
**COUNSEL FOR PLAINTIFF**
**PBT REAL ESTATE, LLC**

JAY R. JACKNIN, ESQUIRE
NEIL B. JAGOLINZER, ESQUIRE
c/o Property Appraiser's Office
Governmental Center – Fifth Floor
301 North Olive Avenue
West Palm Beach, Florida 33401
neil@jnjlaw.net
tllewis@pbcgov.org
**COUNSEL FOR DEFENDANT**
**DOROTHY JACKS**

ORFELIA M. MAYOR, ESQUIRE
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, Florida 33402-3715
omayor@pbctax.com
**COUNSEL FOR DEFENDANT**
**ANNE M. GANNON**

/s/ *Edward A. Dion*
EDWARD A. DION

5