UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-cv-81254-MIDDLEBROOKS

PBT REAL ESTATE, LLC, a Florida
limited liability company,

      Plaintiff,

v.

TOWN OF PALM BEACH, a Florida
municipal corporation, DOROTHY
JACKS, as Property Appraiser of Palm
Beach County, Florida and ANNE M.
GANNON, as Tax Collector of Palm
Beach County, Florida,

      Defendants.
_____/

## FINAL JUDGMENT

Having granted Defendant's Motion for Summary Judgment, final judgment is entered in favor of Defendant Town of Palm Beach and against Plaintiff PBT Real Estate, LLC.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record