**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 17-cv-81254-MIDDLEBROOKS**

PBT REAL ESTATE, LLC, a Florida
limited liability company,

      Plaintiff,

v.

TOWN OF PALM BEACH, a Florida
municipal corporation, DOROTHY
JACKS, as Property Appraiser of Palm
Beach County, Florida and ANNE M.
GANNON, as Tax Collector of Palm
Beach County, Florida,

      Defendants.

_____/

**ORDER CLOSING CASE**

Pursuant to entry of Final Judgment, it is hereby **ORDERED AND ADJUDGED** that the

Clerk of Court shall **CLOSE this case.**  All pending motions are **DENIED AS MOOT.**

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _20_ day of

June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies To:    Counsel of record