UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-81254-CV-MIDDLEBROOKS

PBT REAL ESTATE, LLC,

    Plaintiff,

v.

TOWN OF PALM BEACH, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on remand from the Eleventh Circuit, pursuant to the Mandate entered on March 23, 2021. (DE 70). On remand, one state law claim alleging an unconstitutional tax in Count III of the Third Amended Complaint remains before the Court. Because the Eleventh Circuit found that the federal claims were properly dismissed (*see id.* at 24–25), I decline to exercise supplemental jurisdiction over the remaining state law claim pursuant to 28 U.S.C. § 1367(c)(3). In the Eleventh Circuit's words: "That way, the Florida courts can interpret their own constitution and statutes." (DE 70 at 25).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The state law claim alleging an unconstitutional tax in Count III of the Third Amended Complaint (DE 35) is **DISMISSED WITHOUT PREJUDICE**.

(2) As a result of this Order, the Clerk of Court shall **CLOSE THIS CASE**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 24th day of March, 2021.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record